# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: BESSIE W. SANFORD | CASE NO: 05-10362 |
| DEBTOR(S) | CHAPTER 13 CASE |

## MOTION BY TRUSTEE TO DEPOSIT
## FUNDS INTO THE TREASURY

NOW COMES Annette C. Crawford, trustee herein, who respectfully moves this Honorable Court for an order permitting her to deposit into the Treasury of the United States, pursuant to 28 U.S.C. 2041, the sum of $ 5,605.10 representing funds assigned to Fleet Card Services, an unsecured claim in the above-named debtor(s) bankruptcy.  The Trustee attempted to send the funds to the creditor; however, the check was returned with notation "not deliverable as addressed; unable to forward."

Dated: October 16, 2009

s/Annette C. Crawford
Annette C. Crawford
Chapter 13 Standing Trustee
8778 Goodwood Blvd.
Baton Rouge, LA 70806
(225) 928-2531
